UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-06505-MWF(AGRx)**                                Dated: **November 2, 2015**

Title:       Jaquila Goodman -v- Wal-Mart Store, Inc., et al.

PRESENT:     HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

             Rita Sanchez                                Lisa Gonzalez
             Courtroom Deputy                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:

             Zachary Michael Cantor                      Malaika C. Billups


**PROCEEDINGS:**   **MOTION FOR ORDER REMANDING THIS ACTION TO STATE COURT AND FOR AWARD OF JUST COSTS AND FEES INCURRED IN THE SUM TOTAL OF $4,000 [11]; SCHEDULING CONFERENCE**

The Courtroom Deputy Clerk distributes the Court's tentative ruling prior to the case being called.

Case called, and counsel make their appearance. The Court hears oral argument from counsel and takes the matter under submission. An order will issue.

The Scheduling Conference IS held. The Court sets dates. Please see separate Order Re Jury Trial, also filed today.


                                                         Initials of Deputy Clerk   rs
                                        -1-                      :16/5 = 21   min